IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RUSSELL ALLEN KNIGHT, SR.,

    Petitioner,

v.                                                 CASE NO. 1:05-cv-00089-MP-MD

JAMES R. MCDONOUGH,

    Respondent.

_____/

## **O R D E R**

       This matter is before the Court on Doc. 22, petitioner's motion for reconsideration of this court's order adopting the Magistrate's Report and Recommendation and dismissing petitioner's claim.  Petitioner brings this motion pursuant to Rule 59 of the Federal Rules of Civil Procedure.  It appears, however, that petitioner has not filed this motion within 10 days after entry of the judgment, as is required.  See FED. R. CIV. P. 59(e).  Regardless, petitioner fails to present a valid reason why this court's previous judgment should be vacated.  Petitioner addresses no new issue, facts, or argument in his motion.  Accordingly, Petitioner's motion is denied.

       **DONE AND ORDERED** this _16th_ day of May, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge